1  **CAREY D. GORDEN**
California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Hector Orozco-Gonzalez

<br>

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, ) | Case No. 07MJ2761 |
| 12           Plaintiff, ) | |
| 13  v. ) | **CERTIFICATE OF SERVICE** |
| 14  HECTOR OROZCO-GONZALEZ, ) | |
| 15           Defendant. ) | |

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                    U.S. Attorney CR
                      Efile.dkt.gc2@usdoj.gov

21                            Respectfully submitted,

23  DATED:     December 4, 2007          /s/ Carey D. Gorden
                                          **CAREY D. GORDEN**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Hector Orozco-Gonzalez